FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

(Last Name) **Elliott**
# (Identification Number) **139449**
(First Name) **Louis**
(Middle Name)
(Institution) **M.T.C.**
(Address)
(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 11 2017
BY_____ARTHUR JOHNSTON_____DEPUTY

V.

**M.T.C.**
**Management**
**Training**
**Corporation**

(Enter above the full name of the defendant or defendants in this action)

CIVIL ACTION NUMBER: **3:17cv 998TSL-RHW**
(to be completed by the Court)

## OTHER LAWSUITS FILED BY PLAINTIFF

NOTICE AND WARNING:
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A.  Have you ever filed any other lawsuits in a court of the United States?     Yes ( )  No (✓)

B.  If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: **n/a**
   **n/a**
   **n/a**

2. Court (if federal court, name the district; if state court, name the county): **n/a**
   **n/a**

3. Docket Number: **n/a**

4. Name of judge to whom case was assigned: **n/a**

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?):

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Louis Elliott   Prisoner Number: 139449

Address: East Mississippi Correctional Facility, 10641 Highway 80 west, Meridian, Ms 39307

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: East Mississippi Correctional Facility is employed as M.T.C. at ____

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Louis Elliott   ADDRESS: 10641 Highway 80 west Meridian Ms, 39307

DEFENDANT(S):

NAME:   ADDRESS:

Sgt. D. Chapman   E.M.C.F. place of employment
Warden N. Hogan   E.M.C.F. Place of employment
Officer Naylor   E.M.C.F. place of employment
Warden F. Shaw   E.M.C.F. Place of employment

2

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes ( ✓ )   No ( )

B. Are you presently incarcerated for a parole or probation violation?

   Yes ( )   No ( ✓ )

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( ✓ )   No ( )

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( ✓ )   No ( )

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

   Yes ( ✓ )   No ( ), if so, state the results of the procedure: __I was found Guilty__

F. If you are **not** an inmate of the Mississippi Department of Corrections, answer the following questions:

   1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

      Yes ( )   No ( )     N/A

   2. State how your claims were presented (written request, verbal request, request for forms): N/A

   3. State the date your claims were presented: N/A

   4. State the result of the procedure: _____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

I written up for refusing housing on, 10-24-17 after I refused to be housed for fear of my safety, I went to a hearing and they found me guilty even though I requested protective custody I told the officer when I came off the zone that I was being extorted, also hit in back of the head, and I wasn't getting my breakfast trays, they still tried to make me go back on the unit, also I gave an officer a note stating that the zone was saturated with drugs and I see where the hide them, the officer gave note to the gang members on the zone therefore putting my life in Jeopardy

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

For my R.V.R. To get overturned, compensation for my pain and suffering, right now I'm in protective custody, because they are still trying to make me go on that unit, and be put somewhere where there is no gang activity

Signed this 17 day of November, 20 17

Lewis Elliott
# 139449
10641 Highway 80
West Merdian, MS
39307
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct

11-17-17
(Date)

Lewis Elliott
Signature of plaintiff

4

the note to the inmates, reason why I know is because the inmates came and told me that we seen the note and if you do that you'll be running for the rest of the time you've locked up.