IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LOUIS ELLIOTT A/K/A LEWIS ELLIOTT # 139449**                                   **PLAINTIFF**

VS.                                                       CIVIL ACTION NO. 3:17cv998-TSL-RHW

**SERGEANT DEIDRE CHAPMAN,** *et al.*                                        **DEFENDANTS**

### THIRD WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   WARDEN, Wilkinson County Correctional Facility, P.O. Box 1079, Woodville, MS 39669. Those persons designated by the State of Mississippi to transport the witness from Wilkinson County Correctional Facility, P.O. Box 1079, Woodville, MS 39669 to JACKSON, MS to appear before this Court.

YOU ARE HEREBY COMMANDED to produce the body of:

**LOUIS ELLIOTT A/K/A LEWIS ELLIOTT # 139449**

The above named is now confined as a prisoner at the Wilkinson County Correctional Facility, Woodville, MS 39669. The above named is to be produced before the United States District Court for the Southern District of Mississippi and particularly United States Magistrate Judge Robert H. Walker at the United States Courthouse, 501 E. Court Street, Suite 6.550, Courtroom 6(B), Jackson, Mississippi on **Wednesday, October 17, 2018 at 1:00 PM** for participation in the SPEARS HEARING in the above-styled pending civil lawsuit. Upon dismissal, at the direction of the Court you are to return the inmate to the custody of the above Warden and specifically to the above facility, or to any other facility designated by the warden, wherein the inmate might be lawfully incarcerated.

This the 21st day of August, 2018.

ARTHUR JOHNSTON, CLERK

By: _____
Deputy Clerk